UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                    §
                                          §
KULAKOWSKI, DAVID JOSEPH                  §    Case No. 09-41472 JBS
KULAKOWSKI, KELLY LYNN                    §
                                          §
                                          §
_____Debtor(s)_____§

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   .  The undersigned trustee was appointed on                    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $\_\_\_\_ as interim compensation and now requests a sum of $\_\_\_\_, for a total compensation of $\_\_\_\_ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_, for total expenses of $\_\_\_\_ [2].

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/RONALD R. PETERSON_____
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

Page: 1

| Case No: | 09-41472 | Judge: HON. JOHN B. SCHMETTERER | Trustee Name: | RONALD R. PETERSON |
| Case Name: | KULAKOWSKI, DAVID JOSEPH | | Date Filed (f) or Converted (c): | 10/31/09 (f) |
| | KULAKOWSKI, KELLY LYNN | | 341(a) Meeting Date: | 12/22/09 |
| For Period Ending: | 03/18/14 | | Claims Bar Date: | 12/17/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 105 Queens Lane Thornton, IL 60476 - (Debtors prim | 115,000.00 | 0.00 | OA | 0.00 | FA |
| 2. MB Financial savings account | 700.00 | 700.00 | OA | 0.00 | FA |
| 3. MB Financial checking account | 1,200.00 | 1,200.00 | OA | 0.00 | FA |
| 4. Household goods; TV, VCR, computer, DVD player, lo | 4,000.00 | 4,000.00 | OA | 0.00 | FA |
| 5. Wfnnb/The Room Place - furniture | 500.00 | 500.00 | OA | 0.00 | FA |
| 6. DVDs, Books, Compact Discs, Tapes/Records, Family | 125.00 | 125.00 | OA | 0.00 | FA |
| 7. Necessary wearing apparel. | 250.00 | 250.00 | OA | 0.00 | FA |
| 8. Earrings, watch, costume jewelry, wedding rings | 300.00 | 300.00 | OA | 0.00 | FA |
| 9. Term Life Insurance through work - No Cash Surrend | 0.00 | 0.00 | OA | 0.00 | FA |
| 10. Pension w/ Employer - 100% Exempt. | 3,000.00 | 3,000.00 | OA | 0.00 | FA |
| 11. Pension w/ Employer - 100% Exempt. | 20,000.00 | 20,000.00 | OA | 0.00 | FA |
| 12. Soft Tissue Accident - Debtor injured his back at | Unknown | 0.00 | OA | 0.00 | FA |
| 13. G M A C - 2004 Chevrolet Monte Carlo | 3,475.00 | 3,475.00 | OA | 0.00 | FA |

Case 09-41472    Doc 33    Filed 04/10/14    Entered 04/10/14 11:31:16    Desc Main
Document      Page 4 of 11

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit A

| Case No.: | 09-41472 | Judge: HON. JOHN B. SCHMETTERER | Trustee Name: | RONALD R. PETERSON |
| Case Name: | KULAKOWSKI, DAVID JOSEPH | | Date Filed (f) or Converted (c): | 10/31/09 (f) |
| | KULAKOWSKI, KELLY LYNN | | 341(a) Meeting Date: | 12/22/09 |
| | | | Claims Bar Date: | 12/17/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. 2004 Saturn Vue | 4,550.00 | 4,550.00 | OA | 0.00 | FA |
| 15. Personal injury (u) | 0.00 | 61,291.96 | | 232,621.08 | FA |

|   |   |   |   |   |
|---|---|---|---|---|
| | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $153,100.00 | $99,391.96 | $232,621.08 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

June 03, 2013, 05:33 pm Received phone call from Kurt Struckhoff re pi settlement.  314-621-6115

RE PROP# 15---Debtor's  PI lawyer called after the fact and report this settlement

Initial Projected Date of Final Report (TFR): 03/31/14        Current Projected Date of Final Report (TFR): 03/31/14

_____         Date: _____

RONALD R. PETERSON

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 09-41472 -JBS | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | KULAKOWSKI, DAVID JOSEPH | | Bank Name: | ASSOCIATED BANK |
| | KULAKOWSKI, KELLY LYNN | | Account Number / CD #: | *******8653 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6885 | | | |
| For Period Ending: | 03/18/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/26/13 | | Schlicter Bogard & Denton, LLP | Personal Injury Settlement | | 61,291.36 | | 61,291.36 |
| | | 100 South Fourth Street, | | | | | |
| | | Suite 900 | | | | | |
| | | St. Louis, MO 63102 | | | | | |
| | 15 | SCHLICHTER BOGARD & DENTON LLP | Memo Amount:        232,621.08 | 1242-000 | | | |
| | | | Class Action PI Settlement | | | | |
| | | | Memo Amount:    (      9,304.84 ) | 3210-000 | | | |
| | | | Yaz/Yasmin MDL Fee | | | | |
| | | 100 SOUTH FOURTH STREET | Memo Amount:    (     66,994.87 ) | 3210-000 | | | |
| | | | Schlicter Bogard & Denton | | | | |
| | | | Memo Amount:    (     16,748.72 ) | 3210-000 | | | |
| | | | Ford & Associaties Nationwide | | | | |
| | | | Memo Amount:    (      4,652.42 ) | 3220-000 | | | |
| | | | MDL Yaz/Yasmin | | | | |
| | | | Memo Amount:    (      3,842.55 ) | 3220-000 | | | |
| | | | Schlicter Borgard & Denton  LLP | | | | |
| | | BLUE CROSS AND BLUE SHIELD | Memo Amount:    (     69,786.32 ) | 4220-000 | | | |
| | | | One Health Plan of Illinois AETNA | | | | |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.63 | 61,273.73 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 91.08 | 61,182.65 |

Page Subtotals         61,291.36        108.71

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-41472 -JBS | | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | KULAKOWSKI, DAVID JOSEPH | | Bank Name: | ASSOCIATED BANK |
| | KULAKOWSKI, KELLY LYNN | | Account Number / CD #: | *******8653 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6885 | | | |
| For Period Ending: | 03/18/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 232,621.08 | COLUMN TOTALS | | 61,291.36 | 108.71 | 61,182.65 |
| Memo Allocation Disbursements: | 171,329.72 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 61,291.36 | 108.71 | |
| Memo Allocation Net: | 61,291.36 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 61,291.36 | 108.71 | |

| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 232,621.08 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 171,329.72 | Checking Account (Non-Interest Earn - *******8653 | 61,291.36 | 108.71 | 61,182.65 |
| | | | ----------------------- | ----------------------- | ----------------------- |
| Total Memo Allocation Net: | 61,291.36 | | 61,291.36 | 108.71 | 61,182.65 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: April 07, 2014 |

Case Number: 09-41472  
Debtor Name: KULAKOWSKI, DAVID JOSEPH  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 999<br>8200-00 | DAVID JOSEPH KULAKOWSKI<br>105 QUEENS LANE<br>THORNTON, IL 60476 | Unsecured | | $24,760.22 | $0.00 | $24,760.22 |
| 000001<br>070<br>7100-00 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | Filed 09/26/13 | $1,924.91 | $0.00 | $1,924.91 |
| 000002<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | Filed 10/14/13 | $6,717.15 | $0.00 | $6,717.15 |
| 000003<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | Filed 10/14/13 | $3,205.60 | $0.00 | $3,205.60 |
| 000004<br>080<br>7200-00 | BANK OF America<br>Attn: Bankruptcy Dept.<br>Pob 17054<br>Wilmington, DE 19884 | Unsecured | Filed 01/14/14 | $6,002.00 | $0.00 | $6,002.00 |
| 000005<br>080<br>7200-00 | Sallie MAE<br>Attn: Bankruptcy Dept.<br>1002 Arthur Dr<br>Lynn Haven, FL 32444 | Unsecured | Filed 01/14/14 | $2,642.00 | $0.00 | $2,642.00 |
| 000006<br>080<br>7200-00 | Washgtonmutual<br>C/O LVNV Funding LLC<br>Po Box 740281<br>Houston, TX 77274 | Unsecured | Filed 01/14/14 | $1,847.00 | $0.00 | $1,847.00 |
| | Case Totals: | | | $47,098.88 | $0.00 | $47,098.88 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-41472 JBS
Case Name: KULAKOWSKI, DAVID JOSEPH
               KULAKOWSKI, KELLY LYNN
Trustee Name: RONALD R. PETERSON

        Balance on hand                                                $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ | $ | $ |
| Trustee Expenses: RONALD R. PETERSON | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses         $_____
    Remaining Balance                                                             $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be         percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Quantum3 Group LLC as agent for Comenity Bank PO Box 788 Kirkland, WA 98083-0788 | $ | $ | $ |
| 000002 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | $ | $ | $ |
| 000003 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance        $_____

Tardily filed claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be         percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | BANK OF America<br>Attn: Bankruptcy Dept.<br>Pob 17054<br>Wilmington, DE 19884 | $ | $ | $ |
| 000005 | Sallie MAE<br>Attn: Bankruptcy Dept.<br>1002 Arthur Dr<br>Lynn Haven, FL 32444 | $ | $ | $ |
| 000006 | Washgtonmutual<br>C/O LVNV Funding LLC<br>Po Box 740281<br>Houston, TX 77274 | $ | $ | $ |

Total to be paid to tardy general unsecured creditors        $_____

Remaining Balance        $_____


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be _____ percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE


To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of _____% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $_____. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $             .