**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

| In re: | § | |
|---|---|---|
| | § | |
| KULAKOWSKI, DAVID JOSEPH | § | Case No. 09-41472 JBS |
| KULAKOWSKI, KELLY LYNN | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE U.S. BANKRUPTCY COURT
KENNETH S. GARDNER
219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 05/29/2014 in Courtroom 682,

UNITED STATES BANKRUPTCY COURT
219 S. Dearborn St.
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/14/2015

By: UNITED STATES BANKRUPTCY COURT
Clerk

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KULAKOWSKI, DAVID JOSEPH | § | Case No. 09-41472 JBS |
| KULAKOWSKI, KELLY LYNN | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 232,621.08 |
| and approved disbursements of | $ | 171,438.43 |
| leaving a balance on hand of[1] | $ | 61,182.65 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ 13,643.04 | $ 0.00 | $ 13,643.04 |
| Trustee Expenses: RONALD R. PETERSON | $ 49.03 | $ 0.00 | $ 49.03 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 13,692.07 |
| Remaining Balance | $ | 47,490.58 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 11,847.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Quantum3 Group LLC as agent for Comenity Bank PO Box 788 Kirkland, WA 98083-0788 | $ 1,924.91 | $ 0.00 | $ 1,924.91 |
| 000002 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | $ 6,717.15 | $ 0.00 | $ 6,717.15 |
| 000003 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | $ 3,205.60 | $ 0.00 | $ 3,205.60 |

Total to be paid to timely general unsecured creditors $ 11,847.66

Remaining Balance $ 35,642.92

Tardily filed claims of general (unsecured) creditors totaling $ 10,491.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | BANK OF America<br>Attn: Bankruptcy Dept.<br>Pob 17054<br>Wilmington, DE 19884 | $ 6,002.00 | $ 0.00 | $ 6,002.00 |
| 000005 | Sallie MAE<br>Attn: Bankruptcy Dept.<br>1002 Arthur Dr<br>Lynn Haven, FL 32444 | $ 2,642.00 | $ 0.00 | $ 2,642.00 |
| 000006 | Washgtonmutual<br>C/O LVNV Funding LLC<br>Po Box 740281<br>Houston, TX 77274 | $ 1,847.00 | $ 0.00 | $ 1,847.00 |

Total to be paid to tardy general unsecured creditors $ 10,491.00

Remaining Balance $ 25,151.92

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.4 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 391.70 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 24,760.22 .

Prepared By: /s/Ronald R. Peterson
Trustee

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
David Joseph Kulakowski
Kelly Lynn Kulakowski
Debtors

Case No. 09-41472-JBS
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1 User: mmyers Page 1 of 2 Date Rcvd: Apr 14, 2014
Form ID: pdf006 Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2014.

db #+David Joseph Kulakowski, 105 Queens Lane, Thornton, IL 60476-1009
jdb #+Kelly Lynn Kulakowski, 105 Queens Lane, Thornton, IL 60476-1009
14672902 +BAC HOME Loans Servici, Attn: Bankruptcy Dept., 450 American St, Simi Valley, CA 93065-6285
14672907 +BANK OF America, Attn: Bankruptcy Dept., Pob 17054, Wilmington, DE 19884-0001
14672908 +Blitt and Gaines, PC, Bankruptcy Department, 661 Glenn Ave., Wheeling, IL 60090-6017
14672916 Blitt and Gaines, PC, Bankruptcy Department, 50 W. Washington St., Rm. 1001, Wheeling, IL 60090
14672906 ++CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285 (address filed with court: Capital One, Attn: Bankruptcy Dept., Po Box 85520, Richmond, VA 23285)
21101919 Capital One Bank (USA), N.A., by American InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083
14672915 +Clerk, First Mun Div, Doc #09M1 186754, 50 W. Washington St., Rm. 1001, Chicago, IL 60602-1316
14672909 Clerk, First Mun Div, Doc # 09 M1 173154, 661 Glenn Ave., Chicago, IL 60602
14672910 +Equifax, Attn: Bankruptcy Dept., PO Box 740241, Atlanta, GA 30374-0241
14672911 +Experian, Attn: Bankruptcy Dept., PO Box 2002, Allen, TX 75013-2002
14672904 +HSBC CARD Services III INC., C/O Portfolio Recvry&Affil, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4962
14672913 +Sears/CBSD, Attn: Bankruptcy Dept., Po Box 6189, Sioux Falls, SD 57117-6189
14672912 +Transunion, Attn: Bankruptcy Dept., PO Box 1000, Chester, PA 19016-1000
14672917 +Wfnnb/The Room Place, Attn: Bankruptcy Dept., PO Box 2974, Shawnee Mission, KS 66201-1374

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

14672901 +E-mail/Text: ally@ebn.phinsolutions.com Apr 14 2014 23:26:29 G M A C, Attn: Bankruptcy Dept., 15303 S 94Th Ave, Orland Park, IL 60462-3825
21032298 E-mail/Text: bnc-quantum@quantum3group.com Apr 14 2014 23:26:34 Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788
14672905 +E-mail/PDF: pa_dc_claims@salliemae.com Apr 14 2014 23:31:05 Sallie MAE, Attn: Bankruptcy Dept., 1002 Arthur Dr, Lynn Haven, FL 32444-1683
14672903 +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 14 2014 23:30:39 Washgtonmutual, C/O LVNV Funding LLC, Po Box 740281, Houston, TX 77274-0281

TOTAL: 4

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

14672914* ++CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285 (address filed with court: Capital One, Attn: Bankruptcy Dept., Po Box 85520, Richmond, VA 23285)

TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2014 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2014 at the address(es) listed below:

Jonathan D Parker on behalf of Debtor David Joseph Kulakowski ndil@geracilaw.com
Jonathan D Parker on behalf of Joint Debtor Kelly Lynn Kulakowski ndil@geracilaw.com
Michael Dimand on behalf of Creditor BANK OF AMERICA, N.A. mdimand@aol.com, bankruptcyfilings@wirbickilaw.com

District/off: 0752-1 User: mmyers Page 2 of 2 Date Rcvd: Apr 14, 2014
Form ID: pdf006 Total Noticed: 20

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Patrick S Layng USTPRegion11.ES.ECF@usdoj.gov
Ronald R Peterson on behalf of Trustee Ronald R Peterson rpeterson@jenner.com, rpeterson@ecf.epiqsystems.com;docketing@jenner.com
Ronald R Peterson rpeterson@jenner.com, rpeterson@ecf.epiqsystems.com;docketing@jenner.com

TOTAL: 6