IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DAVID JOSEPH KULAKOWSKI AND KELLY LYNN KULAKOWSKI, | ) ) | CASE NO. 09-41472 |
| | ) ) | Honorable Jack B. Schmetterer |
| Debtor(s). | ) | |

**TRUSTEE'S REPORT OF DEPOSIT OF UNCLAIMED PROPERTY**

RONALD R. PETERSON, Trustee herein (the "Trustee"), pursuant to 11 U.S.C. § 347 and Rule 3011 of the Federal Rules of Bankruptcy Procedure, provides the following report of the Trustee's deposit of unclaimed property with the Clerk of the United States Bankruptcy Court.

1. On October 31, 2009, the Debtors filed their petition for relief under chapter 7 of the Bankruptcy Code. The Trustee subsequently was appointed and qualified and continues to serve as the Trustee in the Debtors' bankruptcy case.

2. On May 30, 2014, the Trustee issued final distribution checks nos. 30007 and 30008.

3. Check no. 30007 was made payable to Sallie MAE in the amount of $2,688.33 and sent by First Class U.S. mail to Sallie MAE, Attn: Bankruptcy Dept., 1002, Arthur Dr., Lynn Haven, FL 32444. Sallie MAE cashed check no. 30007, then issued refund check no. 6340571, payable to Jenner & Block in the amount of $2,688.33, the same amount as check no. 30007. The correspondence that accompanied check no. 6340571 stated that "This check is being sent for the following reason. THE BORROWER'S LOAN IS NOT SERVICED BY OUR COMPANY." Sallie MAE did not provide the Trustee with any contact information for the party who services the Debtors' loan. *See* Exhibit A. The Trustee deposited check no.

6340571 in the Debtors' bankruptcy estate bank account. As of September 2, 2014, no party had contacted the Trustee to claim these funds.

4. Check No. 30008 was made payable to Washgtonmutual in the amount of $1,879.39 and sent by First Class U.S. mail to Washingtonmutual, C/O LVNV Funding LLC, P.O. Box 740281, Houston, TX 77274. Check no. 30008 was returned to the Trustee with no forwarding address. The Trustee discovered that JP Morgan Chase had purchased the assets of Washingtonmutual, and forwarded check no. 30008 by First Class U.S. mail to JP Morgan Chase Bank N.A., Court Orders & Levies, P.O. Box 183 164, Columbus, OH 43218-3164, Attn: Barbara Sheppard. *See* Exhibit B. As of September 2, 2014, more than ninety (90) days after the check was issued and mailed to Washingtonmutual, check no. 30008 had not been cashed or returned to the Trustee. The Trustee has stopped payment on check no. 30008.

5. Pursuant to Section 347 of the Bankruptcy Code, the Trustee has issued checks nos. 30011 and 30013, payable to the Clerk of the United States Bankruptcy Court in the amount of $1,879.39 and $2,688.33, respectively, and deposited these unclaimed funds with the Clerk of the Bankruptcy Court.

          RONALD R. PETERSON, not individually but as chapter 7 trustee for the bankruptcy estate of David Joseph Kulakowski and Kelly Lynn Kulakowski

          By: _/s/ Ronald R. Peterson_
                Ronald R. Peterson

Ronald R. Peterson (02188473)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
Telephone: (312) 923-2981
Facsimile: (312) 840-7381
Email: rpeterson@jenner.com

Dated: September 5, 2014

2305060.1

# **EXHIBIT A**

CHICAGO   LOS ANGELES   NEW YORK   WASHINGTON, DC                JENNER&BLOCK LLP

May 30, 2014

Ronald R. Peterson
Tel 312 923-2981
Fax 312 840-7381
rpeterson@jenner.com

Sallie Mae
Attn: Bankruptcy Department
1002 Arthur Drive
Lynn Haven, FL 32444

Re:   *In re David Joseph Kulakowski and Kelly Lynn Kulakowski,* 09-41472

To: Sallie Mae

Enclosed please find check no. 30007, payable to Sallie Mae in the amount of $2,688.33. This check is for payment of your claim in the above-referenced chapter 7 bankruptcy case. This is the final distribution that you will receive from this estate.

Very truly yours,

Ronald R. Peterson

RRP:lh

Enclosure

353 NORTH CLARK STREET CHICAGO ILLINOIS 60654-3456          WWW.JENNER.COM

EXHIBIT
A

| | |
|---|---|
| Date: 05/30/14 | Check No. 10407 Amount: $2,688.33 |

Debtor Name: KULAKOWSKI, DAVID JOSEPH
Case Number: 09-41472   JBS

| Paid To: | Sallie MAE<br>Attn: Bankruptcy Dept.<br>1002 Arthur Dr<br>Lynn Haven, FL 32444 | RONALD R. PETERSON<br>JENNER & BLOCK<br>353 North Clark Street<br>CHICAGO, IL 60654-3456 |
|---|---|---|

Description:  Final distribution

Bank Account Number:

**Sallie Mae Servicing**
P.O. BOX 9500
Wilkes-Barre, PA 18773-9500

(888) 272-5543

```
JENNER & BLOCK
353 NORTH CLARK STREET

CHICAGO          IL    60654 3456
ATTN: RONALD R PETERSON
```

RE:    KELLY        L KULAKOWSKI
       32608000904    FL

Dear JENNER & BLOCK

Enclosed please find a refund check in the amount of $2688.33 . This check is being sent for the following reason. THE BORROWER'S LOAN IS NOT SERVICED BY OUR COMPANY.
This payment was originally received 07/07/2014

The check must be cashed with 180 days. Please call us at (888) 272-5543 if you have any questions.
Thank you.

Customer Service

2350933  38    26375    0    414243

---

**SallieMae**

6340571

REFUND ACCOUNT
220 LASLEY AVENUE
WILKES-BARRE, PA 18706

DATE 07/14/2014
VOID IF NOT CASHED WITHIN 180 DAYS

$2688.33

Pay  Two Thousand Six Hundred Eighty-Eight And 33/100 Dollars

To the Order of    JENNER & BLOCK

RE:   KELLY       L KULAKOWSKI
      32608000904    FL

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK    HOLD AT AN ANGLE TO VIEW SIDE BORDERS CONTAIN MICROPRINT

For deposit only to the Estate of [illegible]
Ronald Peterson, Trustee
*Ronald* [signature]
Case # 09-41472
Account # _____

| Creditor: (14672907) BANK OF America Attn: Bankruptcy Dept. Pob 17054 Wilmington, DE 19884 | Claim No: 4 Original Filed Date: 01/14/2014 Original Entered Date: 01/14/2014 | Status: Filed by: TR Entered by: Ronald Peterson Modified: |
|---|---|---|
| Amount claimed: $6002.00 | | |
| History: | | |
| Details  4-1  01/14/2014  Claim #4 filed by BANK OF America, Amount claimed: $6002.00 (Peterson, Ronald) | | |
| Description: | | |
| Remarks: | | |

✓

| Creditor: (14672905) Sallie MAE Attn: Bankruptcy Dept. 1002 Arthur Dr Lynn Haven, FL 32444 | Claim No: 5 Original Filed Date: 01/14/2014 Original Entered Date: 01/14/2014 | Status: Filed by: TR Entered by: Ronald Peterson Modified: |
|---|---|---|
| Amount claimed: $2642.00 | | |
| History: | | |
| Details  5-1  01/14/2014  Claim #5 filed by Sallie MAE, Amount claimed: $2642.00 (Peterson, Ronald) | | |
| Description: | | |
| Remarks: | | |

| Creditor: (14672903) Washgtonmutual C/O LVNV Funding LLC Po Box 740281 Houston, TX 77274 | Claim No: 6 Original Filed Date: 01/14/2014 Original Entered Date: 01/14/2014 | Status: Filed by: TR Entered by: Ronald Peterson Modified: |
|---|---|---|
| Amount claimed: $1847.00 | | |
| History: | | |
| Details  6-1  01/14/2014  Claim #6 filed by Washgtonmutual, Amount claimed: $1847.00 (Peterson, Ronald) | | |
| Description: | | |
| Remarks: | | |

## Claims Register Summary

**Case Name:** David Joseph Kulakowski and Kelly Lynn Kulakowski
**Case Number:** 09-41472
**Chapter:** 7
**Date Filed:** 10/31/2009
**Total Number Of Claims:** 6

## **EXHIBIT B**

CHICAGO  LOS ANGELES  NEW YORK  WASHINGTON, DC

**JENNER&BLOCK** LLP

May 30, 2014

Ronald R. Peterson
Tel 312 923-2981
Fax 312 840-7381
rpeterson@jenner.com

Washingtonmutual
C/O LVNV Funding LLC
P.O. Box 740281
Houston, TX  77274

Re:  *In re David Joseph Kulakowski and Kelly Lynn Kulakowski*, 09-41472

To: Washingtonmutual

Enclosed please find check no. 30008, payable to Washingtonmutual in the amount of $1,879.39.  This check is for payment of your claim in the above-referenced chapter 7 bankruptcy case.  This is the final distribution that you will receive from this estate.

Very truly yours,

Ronald R. Peterson

RRP:lh

Enclosure

353 NORTH CLARK STREET CHICAGO ILLINOIS 60654-3456

WWW.JENNER.COM

EXHIBIT

B

| Date: 05/30/14 | Check Number: 10008 | Amount: 1,879.39 |
|---|---|---|
| Debtor Name: KULAKOWSKI, DAVID JOSEPH | | |
| Case Number: 09-41472    JBS | | |

| Paid To: Washgtonmutual<br>C/O LVNV Funding LLC<br>Po Box 740281<br>Houston, TX 77274 | RONALD R. PETERSON<br>JENNER & BLOCK<br>353 North Clark Street<br>CHICAGO, IL 60654-3456 |
|---|---|
| Description:    Final distribution | |
| Bank Account Number: | |

**Peterson, Ronald R.**

**Modified:**            Tue 7/8/2014 4:20 PM

JP Morgan Chase
Bank N.A.
Court Orders & Levies
P.O. Box 183 164
Columbus, O 43218 -3164
Attn: Barbara Sheppard

1

CHICAGO  LOS ANGELES  NEW YORK  WASHINGTON, DC                    **JENNER&BLOCK** LLP

May 30, 2014

Ronald R. Peterson
Tel 312 923-2981
Fax 312 840-7381
rpeterson@jenner.com

Washingtonmutual
C/O LVNV Funding LLC
P.O. Box 740281
Houston, TX  77274

Re:   *In re David Joseph Kulakowski and Kelly Lynn Kulakowski*, 09-41472

To:  Washingtonmutual

Enclosed please find check no. 30008, payable to Washingtonmutual in the amount of $1,879.39. This check is for payment of your claim in the above-referenced chapter 7 bankruptcy case. This is the final distribution that you will receive from this estate.

Very truly yours,

Ronald R. Peterson

RRP:lh

Enclosure

RONALD R. PETERSON
JENNER & BLOCK
353 North Clark Street
CHICAGO, IL 60654-3456

**ASSOCIATED BANK**

Final distribution

CHECK NUMBER
**30008**

| DATE | AMOUNT |
|---|---|
| 05/30/14 | $*******1,879.39 |

**PAY TO THE ORDER OF**

Washgtonmutual
C/O LVNV Funding LLC
Po Box 740281
Houston, TX 77274

| CASE NUMBER | ESTATE OF |
|---|---|
| 09-41472 JBS | Debtor: KULAKOWSKI, DAVID JOSEPH<br>Joint Debtor: KULAKOWSKI, KELLY LYNN |

*One Thousand Eight Hundred Seventy Nine Dollars And 39/100*

Ron Peterson, Chapter 7 Trustee

Void unless negotiated within 90 days

---

| Date: 05/30/14 | Check Number: 30008 | Amount: 1,879.39 |
|---|---|---|

Debtor Name: KULAKOWSKI, DAVID JOSEPH
Case Number: 09-41472 JBS

| Paid To: | Washgtonmutual<br>C/O LVNV Funding LLC<br>Po Box 740281<br>Houston, TX 77274 | RONALD R. PETERSON<br>JENNER & BLOCK<br>353 North Clark Street<br>CHICAGO, IL 60654-3456 |
|---|---|---|

Description: Final distribution

Bank Account Number:

| Creditor: (14672907) BANK OF America Attn: Bankruptcy Dept. Pob 17054 Wilmington, DE 19884 | Claim No: 4 Original Filed Date: 01/14/2014 Original Entered Date: 01/14/2014 | Status: Filed by: TR Entered by: Ronald Peterson Modified: |
|---|---|---|
| Amount claimed: $6002.00 | | |
| History: | | |
| Details  4-1  01/14/2014 | Claim #4 filed by BANK OF America, Amount claimed: $6002.00 (Peterson, Ronald) | |
| Description: | | |
| Remarks: | | |

| Creditor: (14672905) Sallie MAE Attn: Bankruptcy Dept. 1002 Arthur Dr Lynn Haven, FL 32444 | Claim No: 5 Original Filed Date: 01/14/2014 Original Entered Date: 01/14/2014 | Status: Filed by: TR Entered by: Ronald Peterson Modified: |
|---|---|---|
| Amount claimed: $2642.00 | | |
| History: | | |
| Details  5-1  01/14/2014 | Claim #5 filed by Sallie MAE, Amount claimed: $2642.00 (Peterson, Ronald) | |
| Description: | | |
| Remarks: | | |

✓

| Creditor: (14672903) Washgtonmutual C/O LVNV Funding LLC Po Box 740281 Houston, TX 77274 | Claim No: 6 Original Filed Date: 01/14/2014 Original Entered Date: 01/14/2014 | Status: Filed by: TR Entered by: Ronald Peterson Modified: |
|---|---|---|
| Amount claimed: $1847.00 | | |
| History: | | |
| Details  6-1  01/14/2014 | Claim #6 filed by Washgtonmutual, Amount claimed: $1847.00 (Peterson, Ronald) | |
| Description: | | |
| Remarks: | | |

# Claims Register Summary

**Case Name:** David Joseph Kulakowski and Kelly Lynn Kulakowski
**Case Number:** 09-41472
**Chapter:** 7
**Date Filed:** 10/31/2009
**Total Number Of Claims:** 6

https://ecf.ilnb.uscourts.gov/cgi-bin/SearchClaims.pl?875769494236059-L_1_0-1         9/4/2014