UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
KULAKOWSKI, DAVID JOSEPH § Case No. 09-41472 JBS
KULAKOWSKI, KELLY LYNN §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $             (see **Exhibit 1**), minus funds paid to the debtor and third parties of $             (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on             . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/RONALD R. PETERSON_____
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Kelly Kulakowski |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | 1 BAC HOME Loans Servici Attn: Bankruptcy Dept. 450 American St Simi Valley CA 93065 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 2 G M A C Attn: Bankruptcy Dept. 15303 S 94Th Ave Orland Park IL 60462 | | | | | |
| | 3 Wfnnb/The Room Place Attn: Bankruptcy Dept. PO Box 2974 Shawnee Mission KS 66201 | | | | | |
| | BLUE CROSS AND BLUE SHIELD | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RONALD R. PETERSON | | | | | |
| RONALD R PETERSON | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| 100 SOUTH FOURTH STREET | | | | | |
| Ford & Associaties Nationwide | | | | | |
| Yaz/Yasmin MDL Fee | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MDL Yaz/Yasmin | | | | | |
| Schlicter Borgard & Denton  LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 BANK OF America Attn: Bankruptcy Dept. Pob 17054 Wilmington DE 19884 | | | | | |
| | 10 Washgtonmutual C/O LVNV Funding LLC Po Box 740281 Houston TX 77274 | | | | | |
| | 2 Capital One Attn: Bankruptcy Dept. Po Box 85520 Richmond VA 23285 | | | | | |
| | 3 Capital One Attn: Bankruptcy Dept. Po Box 85520 Richmond VA 23285 | | | | | |
| | 4 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | | | | |
| | 5 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | | | | |
| | 6 HSBC CARD Services III INC. C/O Portfolio Recvry&Affil 120 Corporate Blvd Ste 1 Norfolk VA 23502 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 7 Sallie MAE Attn: Bankruptcy Dept. 1002 Arthur Dr Lynn Haven FL 32444 | | | | | |
| | 8 Sears/CBSD Attn: Bankruptcy Dept. Po Box 6189 Sioux Falls SD 57117 | | | | | |
| | 9 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | | | | |
| | Blitt and Gaines, PC Bankruptcy Department 661 Glenn Ave. Wheeling IL 60090 | | | | | |
| | Blitt and Gaines, PC Bankruptcy Department 661 Glenn Ave. Wheeling IL 60090 | | | | | |
| | Clerk, First Mun Div Doc # 09 M1 173154 50 W. Washington St., Rm. 1001 Chicago IL 60602 | | | | | |
| | Clerk, First Mun Div Doc #09M1 186754 50 W. Washington St., Rm. 1001 Chicago IL 60602 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000002 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| | CLERK OF COURT | | | | | |
| 000001 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| | SALLIEMAE | | | | | |
| 000004 | BANK OF AMERICA | | | | | |
| 000005 | SALLIE MAE | | | | | |
| 000006 | WASHGTONMUTUAL | | | | | |
| | BANK OF AMERICA | | | | | |
| | CAPITAL ONE BANK (USA), N.A. | | | | | |
| | CAPITAL ONE BANK (USA), N.A. | | | | | |
| | SALLIE MAE | | | | | |
| | BANKRUPTCY COURT CLERK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-41472 | Judge: HON. JOHN B. SCHMETTERER | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | KULAKOWSKI, DAVID JOSEPH | | Date Filed (f) or Converted (c): | 10/31/09 (f) |
| | KULAKOWSKI, KELLY LYNN | | 341(a) Meeting Date: | 12/22/09 |
| For Period Ending: | 10/14/14 | | Claims Bar Date: | 12/17/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 105 Queens Lane Thornton, IL 60476 - (Debtors prim | 115,000.00 | 0.00 | OA | 0.00 | FA |
| 2. MB Financial savings account | 700.00 | 700.00 | OA | 0.00 | FA |
| 3. MB Financial checking account | 1,200.00 | 1,200.00 | OA | 0.00 | FA |
| 4. Household goods; TV, VCR, computer, DVD player, lo | 4,000.00 | 4,000.00 | OA | 0.00 | FA |
| 5. Wfnnb/The Room Place - furniture | 500.00 | 500.00 | OA | 0.00 | FA |
| 6. DVDs, Books, Compact Discs, Tapes/Records, Family | 125.00 | 125.00 | OA | 0.00 | FA |
| 7. Necessary wearing apparel. | 250.00 | 250.00 | OA | 0.00 | FA |
| 8. Earrings, watch, costume jewelry, wedding rings | 300.00 | 300.00 | OA | 0.00 | FA |
| 9. Term Life Insurance through work - No Cash Surrend | 0.00 | 0.00 | OA | 0.00 | FA |
| 10. Pension w/ Employer - 100% Exempt. | 3,000.00 | 3,000.00 | OA | 0.00 | FA |
| 11. Pension w/ Employer - 100% Exempt. | 20,000.00 | 20,000.00 | OA | 0.00 | FA |
| 12. Soft Tissue Accident - Debtor injured his back at | Unknown | 0.00 | OA | 0.00 | FA |
| 13. G M A C - 2004 Chevrolet Monte Carlo | 3,475.00 | 3,475.00 | OA | 0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

| Case No: | 09-41472 | Judge: HON. JOHN B. SCHMETTERER | | Trustee Name: | RONALD R. PETERSON |
| --- | --- | --- | --- | --- | --- |
| Case Name: | KULAKOWSKI, DAVID JOSEPH | | | Date Filed (f) or Converted (c): | 10/31/09 (f) |
| | KULAKOWSKI, KELLY LYNN | | | 341(a) Meeting Date: | 12/22/09 |
| | | | | Claims Bar Date: | 12/17/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. 2004 Saturn Vue | 4,550.00 | 4,550.00 | OA | 0.00 | FA |
| 15. Personal injury (u) | 0.00 | 61,291.96 | | 232,621.08 | FA |

|   |   |   |   |   |
| --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $153,100.00 | $99,391.96 | $232,621.08 | Gross Value of Remaining Assets $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR filed 4/10/14.

June 03, 2013, 05:33 pm Received phone call from Kurt Struckhoff re pi settlement. 314-621-6115

RE PROP# 15---Debtor's PI lawyer called after the fact and report this settlement

Initial Projected Date of Final Report (TFR): 03/31/14      Current Projected Date of Final Report (TFR): 03/31/14

_____   Date: _____
RONALD R. PETERSON

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-41472 -JBS | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|
| Case Name: | KULAKOWSKI, DAVID JOSEPH | Bank Name: | ASSOCIATED BANK |
| | KULAKOWSKI, KELLY LYNN | Account Number / CD #: | *******8653 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6885 | | |
| For Period Ending: | 10/14/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/26/13 | | Schlicter Bogard & Denton, LLP<br>100 South Fourth Street,<br>Suite 900<br>St. Louis, MO 63102 | Personal Injury Settlement | | 61,291.36 | | 61,291.36 |
| | 15 | SCHLICHTER BOGARD & DENTON LLP | Memo Amount: 232,621.08<br>Class Action PI Settlement | 1242-000 | | | |
| | | | Memo Amount: ( 9,304.84 )<br>Yaz/Yasmin MDL Fee | 3210-000 | | | |
| | | 100 SOUTH FOURTH STREET | Memo Amount: ( 66,994.87 )<br>Schlicter Bogard & Denton | 3210-000 | | | |
| | | | Memo Amount: ( 16,748.72 )<br>Ford & Associaties Nationwide | 3210-000 | | | |
| | | | Memo Amount: ( 4,652.42 )<br>MDL Yaz/Yasmin | 3220-000 | | | |
| | | | Memo Amount: ( 3,842.55 )<br>Schlicter Borgard & Denton LLP | 3220-000 | | | |
| | | BLUE CROSS AND BLUE SHIELD | Memo Amount: ( 69,786.32 )<br>One Health Plan of Illinois AETNA | 4220-000 | | | |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.63 | 61,273.73 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 91.08 | 61,182.65 |
| 05/30/14 | 030001 | Ronald R. Peterson<br>Jenner & Block LLP<br>353 N Clark Street<br>Chicago, Il 60654-3456 | Trustee's compensation | 2100-000 | | 13,643.04 | 47,539.61 |
| 05/30/14 | 030002 | Ronald R Peterson<br>Jenner & Block LLP<br>353 North Clark<br>Chicago, Il 60654-3456 | Trustee Expenses | 2200-000 | | 49.03 | 47,490.58 |

Page Subtotals 61,291.36 13,800.78

Ver: 18.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-41472 -JBS | | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | KULAKOWSKI, DAVID JOSEPH | | Bank Name: | ASSOCIATED BANK |
| | KULAKOWSKI, KELLY LYNN | | Account Number / CD #: | *******8653 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6885 | | | |
| For Period Ending: | 10/14/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/30/14 | 030003 | Quantum3 Group LLC as agent for Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Final distribution | 7100-000 | | 1,958.66 | 45,531.92 |
| 05/30/14 | 030004 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Final distribution | | | 6,834.93 | 38,696.99 |
| | | | Claim 6,717.15 | 7100-000 | | | |
| | | | Interest 117.78 | 7990-000 | | | |
| 05/30/14 | 030005 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Final distribution | | | 3,261.81 | 35,435.18 |
| | | | Claim 3,205.60 | 7100-000 | | | |
| | | | Interest 56.21 | 7990-000 | | | |
| 05/30/14 | 030006 | BANK OF America<br>Attn: Bankruptcy Dept.<br>Pob 17054<br>Wilmington, DE 19884 | Final distribution | | | 6,107.24 | 29,327.94 |
| | | | Claim 6,002.00 | 7200-000 | | | |
| | | | Interest 105.24 | 7990-000 | | | |
| 05/30/14 | 030007 | Sallie MAE<br>Attn: Bankruptcy Dept.<br>1002 Arthur Dr<br>Lynn Haven, FL 32444 | Final distribution | | | 2,688.33 | 26,639.61 |
| | | | Claim 2,642.00 | 7200-000 | | | |
| | | | Interest 46.33 | 7990-000 | | | |
| * 05/30/14 | 030008 | Washgtonmutual | Final distribution | | | 1,879.39 | 24,760.22 |

Page Subtotals 0.00 22,730.36

Ver: 18.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

Page: 3

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-41472 -JBS | | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | KULAKOWSKI, DAVID JOSEPH | | Bank Name: | ASSOCIATED BANK |
| | KULAKOWSKI, KELLY LYNN | | Account Number / CD #: | *******8653 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6885 | | | |
| For Period Ending: | 10/14/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | C/O LVNV Funding LLC Po Box 740281 Houston, TX 77274 | Claim 1,847.00 Interest 32.39 | 7200-003 7990-003 | | | |
| * 05/30/14 | 030009 | David Joseph Kulakowski 105 Queens Lane Thorton, Il 60476 | Return of Surplus | 8200-003 | | 24,760.22 | 0.00 |
| * 05/30/14 | 030009 | David Joseph Kulakowski 105 Queens Lane Thorton, Il 60476 | Correction Should have issued the check to Kelly, the wife and plaintiff in the PI case | 8200-003 | | -24,760.22 | 24,760.22 |
| 05/30/14 | 030010 | Kelly Kulakowski 452 E. 161st Street South Holland, Il 60473 | Return of Surplas | 8200-000 | | 24,760.22 | 0.00 |
| 07/21/14 | | SallieMa220 LasleyAvenue Wiles-Barre, PA 18706 | Return of Distribution Check | 7100-000 | | -2,688.33 | 2,688.33 |
| * 09/02/14 | 030008 | Washgtonmutual C/O LVNV Funding LLC Po Box 740281 Houston, TX 77274 | Final distribution Check Never Cashed Claim ( 1,847.00 ) Interest ( 32.39) | 7200-003 7990-003 | | -1,879.39 | 4,567.72 |
| 09/02/14 | 030011 | BANKRUPTCY COURT CLERK 219 SOUTH DEARBORN ST. CHICAGO, IL 60604 | Final distribution Claim 1,847.00 Interest 32.39 | 7200-001 7990-001 | | 1,879.39 | 2,688.33 |
| * 09/02/14 | 030012 | Bankruptcy Court Clerk 219 South Dearborn Street | Deposit of Unclaimed funds | 7100-004 | | 2,683.33 | 5.00 |
| | | | Page Subtotals | | 0.00 | 24,755.22 | |

Ver: 18.01

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 14)

FORM 2

Page: 4

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-41472 -JBS | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | KULAKOWSKI, DAVID JOSEPH | | Bank Name: | ASSOCIATED BANK |
| | KULAKOWSKI, KELLY LYNN | | Account Number / CD #: | *******8653 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6885 | | | |
| For Period Ending: | 10/14/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 09/02/14 | 030012 | Chicago, Il 60604<br>Bankruptcy Court Clerk<br>219 South Dearborn Street<br>Chicago, Il 60604 | Deposit of Unclaimed funds<br>Understated Check by $5.00 | 7100-004 | | -2,683.33 | 2,688.33 |
| 09/02/14 | 030013 | Clerk of Court | Unclaimed Funds for Sallie Mae | 7100-000 | | 2,688.33 | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 232,621.08 | COLUMN TOTALS | | 61,291.36 | 61,291.36 | 0.00 |
| | Memo Allocation Disbursements: | 171,329.72 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 61,291.36 | 61,291.36 | |
| | Memo Allocation Net: | 61,291.36 | Less: Payments to Debtors | | | 24,760.22 | |
| | | | Net | | 61,291.36 | 36,531.14 | |
| | Total Allocation Receipts: | 232,621.08 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | Total Allocation Disbursements: | 171,329.72 | Checking Account (Non-Interest Earn - *******8653 | | 61,291.36 | 36,531.14 | 0.00 |
| | Total Memo Allocation Net: | 61,291.36 | | | 61,291.36 | 36,531.14 | 0.00 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    5.00

Ver: 18.01